| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| CATALINO ALBARRAN ESCOBAR | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:16-CV-451 |
| | § | CRIMINAL ACTION NO. 4:11CR00006-021 |
| UNITED STATES OF AMERICA | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that Catalino Albarran Escobar's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 should be denied. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Catalino Albarran Escobar's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 25th day of October, 2016.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE